**Order entered July 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01036-CV

## TEXAS HEALTH MANAGEMENT LLC, Appellant

## V.

## HEALTHSPRING LIFE & HEALTH INSURANCE COMPANY, INC., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00125-2018**

## ORDER

Before the Court is appellee's July 15, 2019 motion for an extension of time to file its brief on the merits and appellee's response opposing the motion. We **GRANT** the motion and extend the time to **September 10, 2019**. We caution appellee that further extension requests will be disfavored.

/s/      KEN MOLBERG
JUSTICE